**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DONNIE V. FAWYER**                                            **PLAINTIFF**

v.                      **NO. 4:06-CV-00200 GTE**

**LIFE INSURANCE COMPANY OF NORTH**
**AMERICA and LOCKHEED MARTIN**
**CORPORATION LONG TERM DISABILITY PLAN**        **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has been advised that the parties have reached a settlement in this matter. Accordingly,

IT IS HEREBY ORDERED that the Complaint in this case be, and it is hereby, DISMISSED WITH PREJUDICE. The Court hereby retains jurisdiction for a period of thirty (30) days for the sole purpose of enforcing the parties' settlement agreement.

IT IS SO ORDERED this 24th day of May, 2006.

                                                               /s/Garnett Thomas Eisele
                                                                UNITED STATES DISTRICT JUDGE